IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NUMBER: 7:13-cv-00243-FL

| | |
|---|---|
| Thomas Edward Rizor | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR PLAINTIFF'S MOTION FOR |
| | ) ATTORNEYS FEES AND COSTS |
| | ) PURSUANT TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT, 28 0U.S.C. § 2412 |
| Carolyn W. Colvin | ) |
| Acting Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

For good cause having been shown upon Plaintiff's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412, it is hereby ORDERED that Plaintiff be awarded an attorney fee of Three Thousand One Hundred Twelve and 45/100 Dollars ($3,112.45), sent to Plaintiff's attorney's office address, provided that Plaintiff does not owe a pre-existing debt to the government that is subject to offset under the Treasury Offset Program, 31 U.S.C. 3716.

This  12th  day of December, 2014.

BY: *[signature]*
LOUISE W. FLANAGAN
United States District Court